JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MR. IVAN L. MENDEZ,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>THE CONNECTED WIRED MEMBERS, et al.,<br><br>　　　　　Defendants. | Case No. CV 11-7758-JFW (DTB)<br><br>**J U D G M E N T** |

　　　Pursuant to the Order Summarily Dismissing Action,

　　　IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: March 5, 2012

　　　　　　　　　　　　　　　　　　JOHN F. WALTER
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1